Susan St. Vincent
Legal Officer
NATIONAL PARK SERVICE
Legal Office
P.O. Box 517
Yosemite, California  95389
Telephone:  (209) 372-0241

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>WENDY ZHAO,<br><br>　　　　　Defendant. | No.  6:15-MJ-0074-MJS<br><br>STIPULATION TO SET INITIAL APPEARANCE; AND ORDER THEREON |

　　　IT IS HEREBY STIPULATED by and between Susan St. Vincent, legal officer for the National Park Service, and Defendant Wendy Zhao, by and through her attorney of record, Rabin Nabizadeh, that the Initial Appearance in the above-captioned matter be set for Monday October 5, 2015 2013 at 1:30 p.m.  The request is made to allow defense counsel to be in the Los Angeles area to attend to a birth in his family in mid-October.

　　　Defendant further agrees to waive personal service of any summons indicated the court date and agrees to appear in person on October 5, 2015.


Dated:  September 28, 2015　　　　　　　　　/S/ Susan St. Vincent
　　　　　　　　　　　　　　　　　　　　　　Susan St. Vincent
　　　　　　　　　　　　　　　　　　　　　　Legal Officer
　　　　　　　　　　　　　　　　　　　　　　Yosemite National Park

1

Dated: September 28, 2015        /S/   Rabin Nabizadeh
Rabin Nabizadeh
Attorney for Defendant
Wendy Zhao

**ORDER**

For good cause shown, the Court accepts and adopts the above Stipulation and ORDERS that the Initial appearance for U.S. v. Zhao case number 6:15-MJ-0074-MJS, is hereby set for Monday, October 5, 2015 at 1:30 p.m.

IT IS SO ORDERED.

Dated:   September 28, 2015        /s/ *Michael J. Seng*
UNITED STATES MAGISTRATE JUDGE

2