Susan St. Vincent
Legal Officer
Matthew McNease
Legal Officer
NATIONAL PARK SERVICE
Legal Office
P.O. Box 517
Yosemite, California  95389
Telephone:  (209) 372-0241

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>      v.<br><br>WENDY YUWEN ZHAO,<br><br>            Defendant. | No.  6:15-mj-074-MJS<br><br>**MOTION TO DISMISS; AND ORDER THEREON** |

Pursuant to Rule 48 of the Federal Rules of Criminal Procedure, and by leave of Court endorsed hereon, the United States hereby moves the Court for an order of dismissal without prejudice. Bailable citations were issued and have already been paid in full.

Dated:  December 14, 2015           NATIONAL PARK SERVICE

                                     /S/ Matthew McNease
                                    Matthew McNease
                                    Acting Legal Officer

//

//

1

**ORDER**

Upon application of the United States, and good cause having been shown therefor, IT IS HEREBY ORDERED that the above referenced matter, *United States v. Wendy Yuwen Zhao;* 6:15-mj-074-MJS, be dismissed, without prejudice.

IT IS SO ORDERED.

Dated:   December 14, 2015            /s/ *Michael J. Seng*
                                      UNITED STATES MAGISTRATE JUDGE

.

2